UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-22994-CIV-SEITZ/SIMONTON

THE PROVIDENT BANK,

    Plaintiff,

vs.

MICHELLE J. ALVAREZ and
ALBERTO MARTINEZ,

    Defendants
_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for Final Default Judgment as to Defendant Martinez [DE-51]. This action arises from the alleged default by Defendants on a loan. Defendant Martinez has not filed an answer or otherwise defended this action and a Clerk's Default has been entered against him [DE-50]. Plaintiff now moves for final default judgment against Defendant Martinez for the unpaid principal on the loan, accrued interest, late fees and charges, post-judgment interest and attorneys' fees and costs. Based on the following findings of fact and conclusions of law, the Motion is granted.

### I. Findings of Fact

On January 7, 2008, Defendants Michele Alvarez (Alvarez) and Alberto Martinez (Martinez) signed a note in favor of Elite Financial Group, Inc. in the amount of $273,027.85 for a loan to purchase a boat. *See* DE-51-2 at 5-6. Also on January 7, 2008, Alvarez and Martinez executed a First Preferred Ship's Mortgage. *See* DE-51-2 at 8-10. .On January 8, 2008, the Note was assigned to Plaintiff, the Provident Bank. *See* DE-51-2 at 7. Neither Defendant has made payments on the loan since January 2011. Under the terms of the Note, upon default, all unpaid

principal, earned interest and all other agreed charges may be made immediately due and owing at the discretion of the lender. Under the Note, Defendants also agreed to pay all reasonable costs and attorneys fees incurred to collect the debt.

Plaintiff and Alvarez have settled for $30,000 and the boat has been sold for $100,664.21. Consequently, as of May 31, 2012, Martinez owes the principal amount of $132,229.75, plus accrued interest in the amount of $30,939.67, plus late fees and charges in the amount of $3,275.85 for a total amount of $166,445.27. Additionally, Plaintiff has incurred attorneys' fees and costs in pursuing this action.

## II. Conclusions of Law

Pursuant to the terms of the Note, upon Defendants' default, Plaintiff was entitled to make the entire unpaid principal plus accrued interest due and owing. After Defendants defaulted, Plaintiff sold the boat and settled with Alvarez. Consequently, Plaintiff is entitled to a judgment against Martinez in the amount of $166,445.27 plus per diem interest in the amount of $26.55 from May 31, 2011 through the date of judgment. Accordingly, it is

ORDERED that:

1. Plaintiff's Motion for Final Default Judgment as to Defendant Martinez [DE-51] is GRANTED.

2. The Court will enter a separate judgment.

3. This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 25th day of June, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record/Pro Se parties

2